UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x   Case No.: 12-cv-5794
MICHAEL FIZITSKY a/k/a MIKHAIL FIZITSKY
on behalf of himself, and others similarly situated

                Plaintiff,
   -against-

CHELSEA EXPRESS TRANSPORTATION, INC,
DANIEL KHODZHANDIYEZ a/k/a DANIEL
KHODZHANDIYEV, and "JOHN DOE"
                Defendants.
-------------------------------------------------------------------x

     IT IS HEREBY STIPULATED that this Action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: _NY_ New York
~~December, 2012~~
1/28/2014

For the Plaintiff:                           For the Defendants:

Lust & Leonov, P.C.                          William DeCandido

By: _____                          By: _____   1-21-14
Roman Leonov, Esq.                           William DeCandido
75 Maiden Lane, #506                         71-50 Austin Street
New York, New York 10038                     Forest Hills, New York 11375
(212) 518-1503                               (718) 375-6600

9